

# NUMBER 13-21-00291-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CASTINE MCILHARGEY AND
JODY MCINTYRE, INDIVIDUALLY, AND
DERIVATIVELY ON BEHALF OF
A+ PRO RECOVERY AND TOWING, LLC,                      Appellants,

v.

ERIK M. HAGER, JASON RIOS,
EDUARDO PENA, JOANNA PENA, AND
SOUTH PADRE TOWING AND
RECOVERY, LLC,                                        Appellees.

## On appeal from the 107th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Longoria

On September 9, 2021, appellants filed a notice of appeal. On September 23, 2021, the Clerk of the Court notified appellants that the clerk's record in the above cause was due on September 17, 2021, and that the deputy district clerk, Silva Mata, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this failure so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if arrangements to pay for the clerk's record and proof of payment were not made and filed within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants failed to comply with the notice from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
28th day of October, 2021.

2